STEPHANIE A. LICKEL, ESQ. SB# 217469
LAW OFFICE OF STEPHANIE A. LICKEL
3533 Fairmount Ave
San Diego, CA 92105
Telephone: (619) 550-2384
Fax: (619) 546-0792

Attorney for Material Witnesses: Jingjing Wei and Aihua Chen

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Nailah Rejean MCDUFFIE<br><br>Michael Adare REED<br><br>Defendants. | Case No: 3:19-CR-04249-WQH<br>Magistrate Case: 3:19-mj-04198-BLM<br><br>**NOTICE OF MOTION AND MOTION FOR VIDEOTAPED DEPOSITION AND RELEASE OF MATERIAL WITNESSES JINGJING WEI AND AIHUA CHEN**<br><br>Date: November 21, 2019<br>Time: 9:30 A.M.<br>Judge: Hon. Barbara Lynn Major |

Notice of Motion and Motion for Videotaped        Page 1 of 1        Case No: 3:19-CR-04249-WQH
Deposition                                                                    Magistrate Case: 3:19-mj-04198-BLM

## NOTICE OF MOTION

TO ROBERT S. BREWER, UNITED STATES ATTORNEY, DENAE MARIE THOMAS, ASSISTANT UNITED STATES ATTORNEY, KEITH HOWARD RUTMAN as ATTORNEY FOR DEFENDANT NAILAH REJEAN MCDUFFIE, and SERENA PREMJEE as ATTORNEY FOR DEFENDANT MICHAEL ADARE REED:

PLEASE TAKE NOTICE that on <u>November 21, 2019</u> at <u>9:30 A.M.</u>, counsel for Material Witnesses will move this Court for an order to take the videotaped deposition of said Material Witnesses Jingjing WEI and Aihua CHEN, and for an order releasing them from custody thereafter.

## MOTION

The Material Witnesses, Jingjing WEI and Aihua CHEN, by and through their counsel Stephanie Anobil Lickel, and pursuant to Fed. R. Crim. P. Rule 15(a)(2), 8 U.S.C. Section 1324(d), 18 U.S.C. Section 3144, and 18 U.S.C. Section 3142, hereby move this Court for an order to take their depositions by videotape and for an order releasing them from custody thereafter.

In support of this request, the above-named Material Witnesses file concurrently herewith their Memorandum of Points and Authorities in Support of this Motion for Videotaped Deposition and Release of the Material Witnesses, Declaration of Counsel, the records in the above-entitled case incorporated herein by reference, all matters submitted to the Court prior to the determination of this motion, and oral argument at the hearing on this motion.

Dated: November 8, 2019          /S/ STEPHANIE A. LICKEL
                                 Attorney for Material Witnesses
                                 E-MAIL: StephanieLickel@gmail.com