STEPHANIE A. LICKEL, ESQ. SB# 217469
LAW OFFICE OF STEPHANIE A. LICKEL
3533 Fairmount Ave
San Diego, CA 92105
Telephone: (619) 550-2384
Fax: (619) 546-0792

Attorney for Material Witnesses: Jingjing Wei and Aihua Chen

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Nailah Rejean MCDUFFIE<br>Michael Adare REED<br><br>Defendants. | Case No: 3:19-CR-04249-WQH<br>Magistrate Case: 3:19-mj-04198-BLM<br><br>**DECLARATION OF ALEXANDRA JAMES IN SUPPORT OF MOTION FOR VIDEOTAPED DEPOSITION AND RELEASE OF MATERIAL WITNESSES JINGJING WEI AND AIHUA CHEN** |

I, ALEXANDRA JAMES, declare as follows:

1. I am a paralegal at the Law Office of Stephanie Anobil-Lickel for Stephanie Anobil-Lickel the attorney of record for the witnesses Jingjing WEI and Aihua CHEN ("Material Witnesses").

2. The facts set forth below are personally known to me, except for those matters stated to be on information and belief. Regarding those matters, I believe them to be true.

3. The Material Witnesses were apprehended and arrested on September 26, 2019.

4. On October 1, 2019, I received an email from Border Patrol Agent Gabriela Acevedo stating Material Witnesses are "not eligible for bond, high risk." A true and correct copy of this email is attached as Exhibit 1.

5. It is my information and belief that to continue to hold Ms. WEI in custody creates a significant hardship on the Material Witness.

6. It is my information and belief that to continue to hold Ms. CHEN in custody creates a significant hardship on the Material Witness.

7. This hardship can be alleviated by scheduling videotaped depositions, preserving the Material Witnesses' testimonies for trial while allowing them to return to their country of origin.

///

///

///

8. The fact is, however, there are only a few facts relevant to this case to which the Material Witnesses are competent to testify under oath with immunity, namely: (a) their citizenship; (b) who might have transported them; and (c) whether they agreed to pay anyone. According to the Complaint, all of the facts relevant to this case in the Material Witnesses' knowledge took place over a very short period of time.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed in San Diego, California on November 8, 2019.

Dated: November 8, 2019          /S/ ALEXANDRA JAMES

                                 Paralegal to Stephanie Lickel

                                 Attorney for Material Witness