# Exhibit 1

**From:** Ms. Alex James <alexandrasjames@gmail.com>
**Sent:** Monday, September 30, 2019 11:14 AM
**To:** ACEVEDO, GABRIELA <GABRIELA.ACEVEDO@cbp.dhs.gov>
**Cc:** Stephanie Lickel <sanobil2003@yahoo.com>
**Subject:** USA v McDuffie; 3:19-mj-04198 - Mat Wit Bond Eligibility

Dear Officer Acevedo,

Please see the attached letter re: Mat Wit bond eligibility from Stephanie Lickel, the attorney appointed to represent the Material Witness(es) in the above referenced Federal Case.

Thank you,

Alex James

Ms. Alexandra James
Paralegal to Stephanie Anobil-Lickel
The Law Offices of Stephanie Lickel
3533 Fairmount Ave
San Diego, CA 92105
619-243-1633
alexandrasjames@gmail.com

**From:** ACEVEDO, GABRIELA <GABRIELA.ACEVEDO@cbp.dhs.gov>
**To:** Ms. Alex James <alexandrasjames@gmail.com>
**Cc:** Stephanie Lickel <sanobil2003@yahoo.com>
**Sent:** Tuesday, October 1, 2019, 10:20:13 AM PDT
**Subject:** RE: USA v McDuffie; 3:19-mj-04198 - Mat Wit Bond Eligibility

Good morning,

Jingjing WEI
DOB: ███████████
███████████
Sex: Female
Detention Center: Will be booked in tomorrow to be arraigned in the afternoon
Language: Mandarin

Aihua CHEN
DOB: ███████████
███████████
Sex: Female
Detention Center: Will be booked in tomorrow to be arraigned in the afternoon
Language: Mandarin

Both are not eligible for bond, high risk.

Thank you